**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 08 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
EVANGELOS THEOHARIS,

        Plaintiff,

  -against-

CALL-A-HEAD CORP.,

        Defendant.
-------------------------------------------------x

ORDER
16 CV 4475 (ILG)

GLASSER, United States District Judge:

The parties have submitted for the Court's approval, a settlement agreement reached in this case brought pursuant to the Fair Labor Standards Act.

A review of the agreement satisfies the Court that it is fair and reasonable and its approval is granted.

SO ORDERED.

Dated:    Brooklyn, New York
           December 7, 2016

                                    /s/
                                 I. Leo Glasser